Name: Gwendolyn Hall
Address: 955 N. Lake Ave
Pasadena, CA 91104
Phone: NO PHONE
Fax:

In Pro Per

FILED
2024 MAY -9 PM 1:19
CLERK U S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: rsm

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Gwendolyn Hall

Plaintiff
v.

Rafi Haroutounian et. al

Defendant(s).

CASE NUMBER:
**2:24-CV-03883-FMO-BFMx**

Complaint

(Enter document title in the space provided above)

When the individuals had CAL STATE LA write up a Criminal Complaint For a Crime, that never occurred, IT WAS for the Individuals to Search my Apartment For my personal documentation, medical paperwork, and my Section 8 paperwork. The Day (August 4, 2018), that the Pasadena Police Department ARRESTED me on CAL STATE LA False Case, The Individuals purposely leave the WATER running in the Kitchen Sink, While I was In Custody. The Individuals had the property Owner Change the locks to my Doors. The individuals get A Copy of the Keys to my unit From the property owner. The individual STEal MY Section 8 Housing Voucher Program Notice of Annual Recertification Rent Change - Tenant For 10 Years, Plus STEal MY Victim of Crime paperwork.

1. THE individuals had my Section 8 Housing Specialist remove
2. my name From the Section 8 Housing Voucher program NOTICE
3. OF Annual Recertification rent chang-Tanant Going Back
4. 10 YEars, and Put the woman leaving in my Apartment
5. Name in place of my name. The individuals also stole my
6. Section 8 lease, and had the Section 8 Housing Specialist
7. remove my name From the lease, and Put the woman name
8. living in my unit name in place of My name,
9. Feb 1, 2019 Randy Dulancy Gave me a copy of my Apartment
10. Door KEy's, and STATED, "Rafi GAve me the Keys".
11. Sometime Around Feb 2019 and March 2019, The FBI Was
12. ConFront about Something, that occurred while I was In Custody
13. AT Lynnwood Jail. THE FBI USED ME has bait. The FBI Knew,
14. that the individuals would have me ARRESTED, behind whatever
15. FBI Confronted the individuals with. The FBI had PAID
16. Randy Dulancy to Stage a Crime Scene. Randy purposedly cut
17. his SElf, and Randy purposedly Dripped Blood all over the
18. Floor in my Apartment unit. Randy Called the Police, and
19. I was arrested For Assault with a Deadly Weapon. The FBI
20. Fabricated the STAge Crime Scene to get a Search warrant
21. to my Apartment. The FBI Agent Confiscate my Documents
22. relation to the County Jail (Lynnwood Jail). The FBI agent
23. Left out my Apartment with a Box Full of My personal
24. Paperwork. The False assault with a Deadly weapon occurred
25. around April 24, 2019. The next month May 2019, The
26. Neighbor Martha Williams at 191 E. Penn st Pasadena, CA 91103
27. WAS Given a Copy oF my Apartment Door Key's. Martha
28. Williams give the Keys to my Apartment Door to HER

Children Father "Victor Crawford"

Page Number  Page 2

1. Martha Williams stood in the Driveway and watched me
2. Wrestle, and Fight HER children Father OFF me as her children Father
3. is trying to take OFF MY clothes. Victor Crawford entered
4. my Back Door with a key. The FBI HAD the Pasadena Police
5. TAKE me to A Hospital in another City to Cover up what
6. the FBI agent PAID Martha Williams to Do.
7. Martha Williams USED the keys to my unit to enter my
8. Apartment lacing my beverages, Collagen, Food, Coffee, and Switching
9. my Vitamins with Chemicals to Cause me Harm. Martha
10. Williams would Go in my Apartment to Steal my personal
11. Documents and pictures.
12. NOTE: Someone TOLD The property owner Rafi Haroutounian
13. NOT TO Change MY locks.
14. Martha Williams was terrorizing me inside my Apartment trying
15. to Force me to move out For the individuals living in my
16. Apartment unit could move in.
17. In 2021, I PAID Altadena Lock & Key to Change my locks.
18. Altadena lock & Key Gave a Copy of the keys to Someone
19. without my knowledge or Consent.
20. The Individual had "Manger Simon" at Diamond Jim pawshop
21. Alter my Pawnshop tickets. The Individuals used Key's to enter
22. through my back Door went in my purse, and took my
23. Original Pawshop tickets, and Put the altered Pawshop tickets
24. in my purse. The Individual USED my original Pawnshop
25. tickets to retreve my Gold Chain and watch. The Individual
26. Stole my Gold Chain, and Gold watch out the Pawnshop.
27. The Individual run another Scam on the property owner
28. to SET the property owner up to Sue him.

1. THE Individuals Give the property owner $100,000 OF the money received in my name in Chatsworth Federal Court.
2. THE Individuals move in my Apartment August 2022, while I was paying rent. The individuals move my property out my Apartment. After saying my Apartment 3 months, the individual have the property owner Rafi Horoutounian get an ATTORNEY to write up A letter Containing False information.
3. THE individuals had taken my property to Florida. When I Washington, DC the individuals discovered, that I was coming Home to California. The individuals rushed to California, and had the property owner put my property in storage.
4. THE individuals had the property owner Give me an illegal eviction. The individuals manipulated the paperwork written by Rafi Horoutounian to attach the paperwork, notices, and eviction Done by Rafi Horoutounian to the eviction in Long Beach belonging to the woman living in my Apartment Unit.
5. Whoever is behind the property = MY Mother.
6. THE person who told me VIA internet where the property was in my name in NEW York told "Simon" at Diamond Jim Pawnshop to lock up my Account was trying to use me to steal the property in my name in NEW York by trying to Get me to retain a Lawyer online. When I took the Information to the Pasadena Police Department, the individual Got mad, and had Simon at Diamond Jim Pawnshop lock up my account to steal my Gold watch/Gold Chain.

*[signature]* May 9, 2024

Page 4



### City of Pasadena Housing Department

GWENDOLYN HALL  
195 PENN ST  
PASADENA CA 91103

June 18, 2020

### SECTION 8 HOUSING VOUCHER PROGRAM
### NOTICE OF ANNUAL RECERTIFICATION/RENT CHANGE - TENANT

The Housing and Urban Development (HUD) Housing Assistance Payments (HAP) Contract, Part A & B (HAP Contract), dated **July 01, 2008**, and entered into between the OWNER **Rafi & Sofia Haroutounian** and the City of Pasadena Housing Department, on behalf of the LESSEE **Gwendolyn Hall**, for the following described unit **195 Penn St , Pasadena CA 91103** and which Contract supersedes any prior HAP Contract regarding said unit is amended as follows:

The reason for this notice is:

[X] **RE-EXAMINATION**  
Annual Review of family/unit continued eligibility

[ ] **INTERIM ADJUSTMENT**  
Interim change in family circumstances

[ ] **RENT ADJUSTMENT**  
Owner/Agent's request for a rent adjustment

| ADJUSTMENT IN PAYMENTS: | FROM | TO |
|---|---|---|
| HAP Payment | $1,109.00 | $1,108.00 |
| Tenant Rent | $191.00 | $192.00 |
| Total Rent to Owner | $1,300.00 | $1,300.00 |

**EFFECTIVE DATE:** July 01, 2020

This Notice and change, if any, is presented to you in accordance with the terms and conditions of the HAP Contract and/or Lease Agreement and shall be attached to and made a part of your HAP Contract and/or Lease Agreement. All other covenants, terms and conditions of the HAP Contract and/or Lease Agreement, dated **July 01, 2008**, remain the same.

TO THE TENANT ONLY

If you disagree with this decision, you may request an informal hearing. If a hearing is desired, you must submit a written request to this office within ten (10) days of this notice or your right to a hearing will be waived.

If you have questions concerning this notice, please contact Maynor Varela, Housing Assistant at (626) 744-8323 or email: mvarela@cityofpasadena.net.

CC: Owner



go.thryv.com

## Altadena Lock & key

1371 N Lake Ave, Pasadena, CA 91104

(626) 797-2606

www.diamondjims.biz

## Diamond Jim's Jewelry & Pawn CLP'S DB94U09,CV04J03,*9HPE135

3333 S Harvard Ave, Tulsa, OK 74135

(918) 743-7712

## French Art

Address: 2055 E Villa St, Pasadena, CA 91107 · 2.8 mi
Phone: (626) 794-1426

## Randy Dulaney -
252 E Orange Grove Blvd, Pasadena, CA 91104

Diamond Jims Pawn Shop

433 N. Lake Av

91101

626-844-4646